UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
IN OPEN COURT

OCT 0 8 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | (Two Counts) |
| | ) | |
| v. | ) | Case No. 3:25-CR-79 DRL SJF |
| | ) | |
| | ) | |
| KAYANNA DAWSON | ) | 18 U.S.C. § 922(a)(6) |

THE GRAND JURY CHARGES:

COUNT 1

On or about December 19, 2024, in the Northern District of Indiana,

**KAYANNA DAWSON,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, stating that she was the actual transferee/buyer of the firearm, a

Glock Model 20, 10mm pistol (AKKW132GA), when she was not because she was purchasing the firearm for another individual.

All in violation of Title 18, United States Code, Section 922(a)(6).

USDC IN/ND case 3:25-cr-00079-DRL-SJF    document 1    filed 10/08/25    page 2 of 4

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about April 25, 2025, in the Northern District of Indiana,

**KAYANNA DAWSON,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, stating that she was the actual transferee/buyer of the firearm, an ABC Rifle Company AR-15 (77-16209), when she was not because she was purchasing the firearm for another individual.

All in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) alleged in the Indictment, the defendant, **KAYANNA DAWSON,** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Dated: October 8, 2025

A TRUE BILL:

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: */s/ Joel Gabrielse*
Joel Gabrielse
Assistant United States Attorney