UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cause No. 3:25-CR-79 DRL-SJF |
| | ) |
| KAYANNA DAWSON | ) |

-FILED-
IN OPEN COURT
OCT 08 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by its counsel, M. Scott Proctor, Acting United States Attorney for the Northern District of Indiana, through Joel Gabrielse, Assistant United States Attorney, and hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- Glock Model 20, 10mm pistol (AKKW132GA)
- Glock Model 45, 9mm pistol (BUKC364)
- ABC AR-15 firearm in 7.62x39 caliber (77-16209)
- Assorted magazines, accessories, and ammunition

Respectfully submitted,

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

BY: *s/ Joel Gabrielse*
Joel Gabrielse
Assistant United States Attorney
204 S. Main St. Room M01
South Bend, IN 46601
Tel: 574-236-8287
E-mail: Joel.Gabrielse@usdoj.gov

1